

**RECEIVED**
May 13, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Rick Allen
_____
(Name of the plaintiff or plaintiffs)

v.

Hanson Material Service Corp.
_____
(Name of the defendant or defendants)

CIVIL ACTION

NO. **09CV2909**
**JUDGE DOW**
**MAG. JUDGE ASHMAN**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Rick Allen__ of the county of __Cook__ in the state of __Illinois__.
3. The defendant is __Hanson Material Service Corp.__, whose street address is __322 So. Williams__
(city) __Thornton__ (county) __Cook__ (state) __IL__ (ZIP) _____
(Defendant's telephone number) __(708)-877-5240__
4. The plaintiff sought employment or was employed by the defendant at (street address)
__322 So. Williams St.__ (city) __Thornton__
(county) __Cook__ (state) __IL__ (ZIP code) _____

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Feb/May, (day) 26/24, (year) 2007.

7.1 (Choose paragraph 7.1 or 7.2, do not complete both.)
   (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) Feb. (day) 1 (year) 2008.

   (ii) ☐ the Illinois Department of Human Rights, on or about (month) _____ (day) _____ (year) _____.

   (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.
       ☐ Yes (month) _____ (day) _____ (year) _____
       ☐ No, did not file Complaint of Employment Discrimination
   2. The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____.
   c. Attached is a copy of the

       a. Complaint of Employment Discrimination,
          ☐ YES ☐ NO, but a copy will be filed within 14 days.

       (ii) Final Agency Decision

          ☐    ☐

8. (*Complete paragraph 8 only if defendant is not a federal governmental agency.*)

    (a)☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

    (b)☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) **Feb.** (day) **13** (year) **2009** a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a)☐ Age (Age Discrimination Employment Act).
    (b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c)☑ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a)☐ failed to hire the plaintiff.
    (b)☐ terminated the plaintiff's employment.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): Forced resignation with arrest threats.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was hired in July 2005 with 5 other new hires. (All of us hired as Quarry Truck Drivers.) We all were laid off in Dec. 2006. All 5 drivers were summonsed to BTW 2-26-09. I was never summonsed to BTW (with acception to an 8hr Refresher course on Feb 27, 2007.) My resignation was forced on 5-24-07 for threatening Company with E.E.O.C.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabil...

(f) ☑ Direct the defendant to (specify): Compensate plaintiff with lost wages. Dates 2-26-07 thru current

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Rick Allen

(Plaintiff's name)
Rick Allen

(Plaintiff's street address)
828 W. 194th St.

(City) Chgo. Hts. (State) IL (ZIP) 60411
(Plaintiff's telephone number) (708)-209-6528

Date: May 13, 2009

EEOC Form 161 (2/08)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION     29

## DISMISSAL AND NOTICE OF RIGHTS

To: Rick Allen
828 W 194th St
Chicago Heights, IL 60411

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

CERTIFIED MAIL 7001 0360 0000 0469 4592

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-02707 | Andrew Daley, Investigator | (312) 886-7495 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     _John P. Rowe_     2/13/09
                John P. Rowe,          (Date Mailed)
                District Director

cc: HANSON MATERIAL SERVICE D/B/A MATERIAL SERVICE CORPORATION